# NOTICE

TO:   Attorneys

FR:   Peter J. Welsh, Clerk of Court

RE:   General or Special Admission

---

Attached is a Petition for Admission to Practice in this Court.

All Attorneys must register for a PACER account and request e-filing privileges for our Court if you are not already an ECF registered user. https://pacer.uscourts.gov/.

## GENERAL ADMISSION

If you are seeking general admission in **Scranton**, District Judge Karoline Mehalchick conducts a virtual swearing in ceremony the first Friday of every month by Zoom. Please complete the attached Petition, email it to diane_johnson@pamd.uscourts.gov and you will receive confirmation of the date and time of the ceremony, along with a zoom link for the ceremony.

If you are seeking general admission in **Williamsport**, please complete the attached Petition and email it to emily_aikey@pamd.uscourts.gov. You will then be contacted to schedule a time to appear before the Court to be sworn in.

If you are seeking general admission in **Harrisburg**, the Court conducts a swearing in ceremony the second Friday of every month. Please complete the attached Petition, email it to lisa_lombardi@pamd.uscourts.gov and you will be contacted with further information.

Admissions in **Wilkes-Barre** may be arranged by contacting Nicole Rinaldi at 570-831-2572 or nicole_rinaldi@pamd.uscourts.gov.

**The deadline to submit your petition and payment is the Friday before your scheduled ceremony date**. Please either mail a check in the amount of $224.00, payable to Clerk of Court or call 570-207-5600 or 717-221-3920 to make your payment by phone. On the day you are sworn in, your sponsor must be present to move for your admission.

## SPECIAL ADMISSION

If you are seeking special admission for a particular case, you need to obtain e-filing privileges through PACER for our Court, complete the attached Petition, and file it in the case in which you are seeking special admission. **Do not have another attorney file your Petition on your behalf**. To file your Petition, log into ECF, click on Civil or Criminal, then click on "Other Documents: and select the "Petition for Special Admission - Pro Hac Vice" event. During the filing of your Petition, you will be prompted to enter your credit card information for the $50.00 fee associated with this filing.

If further assistance is needed, please contact one of the Court Divisions:

Scranton - Diane: 570-207-5672
Harrisburg - Lisa: 717-221-3920
Williamsport - Emily: 570-601-8502

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I, **Mark A. Weiker**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **Abdnour Weiker, LLP**
**262 S. 3rd Street**
**Columbus, Ohio**

Office Telephone: **(614) 519-6918**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**Ohio - 2010; Michigan - 2021; Pennsylvania - 2022;**

**U.S. Dist. Court, S.D. Ohio - 2011; U.S. Dist. Court, N.D. Ohio - 2016;**

**Sixth Circuit - 2012**

My attorney Identification number is: **PA 331431**

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____   Date: _____

Updated: 3/24/2025

Please Complete the Following:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None

Any disciplinary actions, contempt proceedings, criminal charges, or other proceedings in which I am a named party, pending before any court, board, or tribunal: (State the facts and circumstances connected with each; if none, state "none".)

None

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Meets all qualifications of LR 83.8.2.1
Meets all qualifications of LR 83.8.2.1

NAME THE PARTY YOU REPRESENT:
Plaintiff, B.R. individually and as parent and natural guardian of A.R.

If special admission is requested for a particular case, please list case number and caption:

Case #  1:25-CV-2177

Caption #  B.R. v. Pennsylvania Interscholastic Athletic Association

Updated: 3/24/2025

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)
If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

_____
_____
_____

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Mark Weiker    *Digitally signed by Mark Weiker*
*Date: 2025.11.18 16:37:10 -05'00'*
SIGNATURE OF PETITIONER

PA 331431
(Bar Identification Number and State where admitted)
11/18/25
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

Mark Weiker    *Digitally signed by Mark Weiker*
*Date: 2025.11.18 16:36:19 -05'00'*
SIGNATURE OF PETITIONER

Updated: 3/24/2025

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

**Mark Weiker**   Digitally signed by Mark Weiker
Date: 2025.11.18 16:37:52 -05'00'
_____
Signature of Petitioner

Updated: 3/24/2025

# **SPONSOR'S CERTIFICATE**

I, _____, am a member in good
                          (Name of Sponsor)

standing of the Bar of the United States District Court for the Middle District of

Pennsylvania, having been admitted to practice on (month) _____ (day)_____,

(year)_____. I have known the above petitioner for _____.
                                                                                                                            (length of time)

To my knowledge, the petitioner's moral character is as follows:

_____

_____

To my knowledge, the petitioner's educational background and experience are as follows:

_____

_____

I sponsor and recommend _____
                                                                     (Name of Petitioner)

for admission as a qualified attorney to practice before this court.

                                                                     _____
                                                                     (Signature of Sponsor)

Office address: _____

_____

Telephone: _____

Attorney Bar I.D. No. _____

Updated: 3/24/2025