IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.R., individually and as the parent and natural Guardian of A.R., a minor, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:25-cv-02177-JPW |
| | : | |
| PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., | : | |
| | : | |
| Defendant | : | |

## UNOPPOSED MOTION TO STAY CASE DEADLINES

Defendant Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), by and through its undersigned counsel, hereby files this Unopposed Motion to Stay Case Deadlines. In support thereof, PIAA states as follows:

1. Plaintiff initiated this action with the filing of a Complaint on November 17, 2025. (ECF No. 1).

2. Two days after filing the Complaint, Plaintiff filed a Motion for a Preliminary Injunction. (ECF No. 6).

3. The Court held a telephonic status conference regarding Plaintiff's Motion for a Preliminary Injunction on November 25, 2025.

4. Following the status conference, the Court issued a briefing schedule related to Plaintiff's Motion for a Preliminary Injunction by Order dated November 26, 2025, as well as a Case Management Conference Scheduling Order, which set a due date for the filing of a written joint case management plan and a date for an initial case management conference. (ECF No. 14).

5.      Thereafter, at its meeting held on December 3, 2025, the PIAA Board of Directors voted to amend PIAA's Bylaws in such a way as to resolve the majority of claims asserted by Plaintiff, and certainly any claims that could possibly be entitled to injunctive relief.

6.      Given that PIAA's amendment of its Bylaws resolves the claims asserted by Plaintiff's Motion for Preliminary Injunction, and in order to allow the parties to attempt to amicably resolve the remaining issues in this case, PIAA requests that the Court stay all scheduled deadlines, conferences, and hearings in this case, including the deadlines and hearing scheduled in this Court's November 26, 2025, scheduling order, the deadlines and conference scheduled in this Court's November 26, 2025, Case Management Conference Scheduling Order, and PIAA's deadline to respond to the Complaint.

7.      If the parties are unable to resolve this case, one or both of the parties will inform the Court by requesting a status conference.

8.      Counsel for Plaintiff has indicated they concur with PIAA's request to stay all deadlines, conferences, and hearings in this case.

Respectfully submitted,

MCNEES WALLACE & NURICK LLC

By _/s/ Austin D. Hughey_____
    Dana W. Chilson, I.D. No. 208718
    Austin D. Hughey, I.D. No. 326390
    100 Pine Street, P.O. Box 1166
    Harrisburg, PA 17101
    dchilson@mcneeslaw.com
    ahughey@mcneeslaw.com

Dated: December 9, 2025      *Attorneys for Defendant Pennsylvania Interscholastic Athletic Association, Inc.*