IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.R., individually and as the parent and natural Guardian of A.R., a minor, | : |
| Plaintiff | : |
| v. | : No. 1:25-cv-02177-JPW |
| PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., | : |
| Defendant | : |

**ORDER**

AND NOW, this 10th day of December 2025, upon review of the Unopposed Motion to Stay Case Deadlines filed by Defendant Pennsylvania Interscholastic Athletic Association, Inc., it is hereby **ORDERED** that the Motion is **GRANTED**. All scheduled deadlines, conferences, and hearings in this case, including the deadlines and hearing scheduled in this Court's November 26, 2025, scheduling order, the deadlines and conference scheduled in this Court's November 26, 2025, Case Management Conference Scheduling Order, and PIAA's deadline to respond to the Complaint, are hereby stayed until further order of the Court.

**IT IS FURTHERED ORDERED THAT** the parties shall docket a status report or appropriate stipulation of dismissal by February 9, 2026, and every 60 days thereafter.

BY THE COURT:

s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Judge
Middle District of Pennsylvania