IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.R., individually and as the parent and natural guardian of A.R., a minor, | : : : : | CIVIL DIVISION |
| | : | Case No. 1:25-cv-02177 |
| Plaintiffs | : : | Hon. Jennifer P. Wilson |
| v. | : : | |
| PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, Inc., | : : : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Having resolved all outstanding issues in the above-captioned matter, Plaintiff, B.R., individually and as the parent and natural guardian of A.R., a minor, and Defendant, the Pennsylvania Interscholastic Athletic Association, Inc., by and through their undersigned counsel, hereby agree and stipulate to the dismissal of this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

| | |
|---|---|
| /s/ *Mark A. Weiker, Esq.* | /s/ *Dana W. Chilson, Esq.* |
| Mark A. Weiker | Dana W. Chilson |
| Kathleen Mahoney | Austin D. Hughey |
| **ABDNOUR WEIKER, LLP** | **McNEES WALLACE &** |
| **NURICK, LLC** 262 S. 3rd St. | 100 Pine Street |
| Columbus, OH 43215 | Harrisburg, PA 17101 |
| (614) 745-2001 | (717) 237-5457 |
| mark@education-rights.com | dchilson@mcneeslaw.com |
| kathleen@education-rights.com | ahughey@mcneeslaw.com |